UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,
aka GARY FISHER,

    Petitioner,

    v.

RANDY TUCKER,

    Respondent.

Case No. 15-cv-00767-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Gary Dale Barger has failed to comply with the Court's order to (1) file an application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $5.00. Accordingly, this federal habeas action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Barger may move to reopen the action. Any such motion **must** contain a complete IFP application **or** full payment for the $5.00 filing fee. The Clerk shall enter judgment in favor of respondent, and close the file.

    **IT IS SO ORDERED.**

**Dated:** April 8, 2015



WILLIAM H. ORRICK
United States District Judge